**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-00256-WJM

DWAN R. PETTI,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Vacating Decision Of Administrative Law Judge And Remanding To Commissioner, entered by the Honorable William J. Martínez, United States District Judge, on January 20, 2016,

    IT IS ORDERED that the Commissioner's decision is VACATED and this case is REMANDED to the Commissioner for rehearing.

    Dated at Denver, Colorado this 21st day of January, 2016.

    BY THE COURT:
    JEFFREY P. COLWELL, CLERK

    By:  s/Deborah Hansen
    Deborah Hansen, Deputy Clerk